CJ-12-2706

IN THE DISTRICT COURT OF OKLAHOMA COUNTY
STATE OF OKLAHOMA

FILED IN THE DISTRICT COURT
OKLAHOMA COUNTY, OKLA.

MAY - 4 2012

PATRICIA PRESLEY, COURT CLERK

McGUFFIN & McGUFFIN INC, )
d/b/a GARDEN OF EDEN SALON )
    Plaintiffs, )
 )
v. )
 )
 ) No. CJ-2012-2706
AMERICAN MERCURY INSURANCE )
COMPANY, )
    Defendant. )

## PETITION

Plaintiff, for cause of action against Defendant, state:

(1) Plaintiff purchased from Defendant Homeowners Policy Number: BOP3380689.

(2) The policy specified hail and water damage coverage. On May 16, 2010, during the policy term, Plaintiff suffered a covered loss related to hail and water damage to the property in question. Defendant issued a Claim number for the covered loss – 100072.

(3) Defendant has breached the contract by not paying the claim in full and undervaluing the claim. Defendant has failed to deal fairly and in good faith with the Plaintiff. As a result, Plaintiff has suffered emotional and financial distress.

WHEREFORE, Plaintiff prays judgment against Defendant for $220,576.77 on the contract claim and, on the tort claim, an amount in excess of that required for 28 U.S.C. § 1332 diversity jurisdiction, interest at 15%, attorneys' fee, costs, and all other appropriate relief.

                                                      REX TRAVIS, OBA #9081
                                                     PAUL KOURI, OBA #20751
                                                     PO Box 1336
                                                     Oklahoma City, OK 73101-1336
                                                     Telephone: (405) 236-5400
                                                     Facsimile: (405) 236-5499
                                                     E-mail: RexTravis@TravisLawOffice.com
                                                     E-mail: PaulKouri@TravisLawOffice.com
                                                     Attorneys for Plaintiff

ATTORNEY'S LIEN CLAIMED

EXHIBIT 1