IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| MCGUFFIN & MCGUFFIN INC., d/b/a GARDEN OF EDEN SALON,<br><br>   Plaintiffs,<br><br>v.<br><br>AMERICAN MERCURY INSURANCE COMPANY,<br><br>   Defendant. | Civil Action No. CIV-12-756-D<br><br>(District Court, Oklahoma County, Oklahoma, Case No. CJ-2012-2706) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW, the plaintiff, McGuffin & McGuffin, Inc., d/b/a Garden of Eden Salon, by and through their counsel of record, Rex Travis and Paul Kouri, and the defendant, American Mercury Insurance Company, by and through its counsel of record, D Lynn Babb, and pursuant to Rule 41(a)(1)(A)(ii), stipulate to dismissal of the above-style action with prejudice to the further refiling thereof. The parties would show the Court that an agreed and compromised settlement has been reached between the parties hereto and there remain no issues to be litigated herein.

             _/s/ Rex Travis_
             Rex Travis (OBA #9081)
             Paul Kouri (OBA #20751)
             Post Office Box 1336
             Oklahoma City, OK 73101-1336
             Telephone: (405) 236-5400
             Facsimile: (405) 236-5499
             rextravis@travislawoffice.com
             paulkouri@travislawoffice.com

             Attorneys for Plaintiff,
             McGuffin & McGuffin, Inc.

*[signature]*

D. Lynn Babb (OBA #392)
PIERCE COUCH HENDRICKSON
 BAYSINGER & GREEN L.L.P.
Post Office Box 26350
Oklahoma City, OK 73126-0350
Telephone: (405) 235-1611
Facsimile: (405) 235-2904
lbabb@piercecouch.com

Attorneys for Defendant,
American Mercury Insurance Company